June 10, 1910.) Action by John A. Fulton against Hazel L. Fulton and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FULTON LIGHT, HEAT & POWER CO. et al. v. STATE. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the Fulton Light, Heat & Power Company and another against the State of New York. No opinion. Judgment (65 Misc. Rep. 263, 121 N. Y. Supp. 536) unanimously affirmed, without costs.

F. V. SMITH CONTRACTING CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the F. V. Smith Contracting Company against the City of New York. T. Connoly, for appellant. Hardy & Shellabarger, for respondent. No opinion. Order affirmed, with costs, on the authority of Rothenberg v. Brooklyn Heights R. Co., 135 App. Div. 151, 119 N. Y. Supp. 1001. Order filed. See, also, 128 App. Div. 926, 112 N. Y. Supp. 1130.

GA NUN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Mary F. Ga Nun, on behalf of herself and all the other creditors of Jane M. Sands, deceased, against Mary E. Palmer, individually and as executrix, etc. No opinion. Judgment (116 N. Y. Supp. 23), affirmed, with costs.

GARDINER'S BAY CO., Appellant, v. ATLANTIC FERTILIZER & OIL CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Gardiner's Bay Company against the Atlantic Fertilizer & Oil Company. No opinion. Judgment and order affirmed, with costs.

GASS v. LINCH. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Appeal from Special Term, New York County. Action by John Gass against George Linch, as receiver, etc., to compel the defendant to pay judgment, or in lieu thereof that plaintiff have judgment against the property of the debtor. From a judgment for plaintiff, the receiver appeals. Reversed. Charles E. Chalmers, for appellant. Carlisle J. Gleason, for respondent. PER CURIAM. We do not think that the plaintiff presented such a condition of the affairs of the receivership as entitles him to a summary order directing that an execution issue. The claim can be more satisfactorily disposed of on the final accounting. The order should therefore be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

GENERAL RY. SIGNAL CO., Respondent, v. TITLE GUARANTY & SURETY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by the General Railway Signal Company against the Title Guaranty & Surety Company. PER CURIAM. Judgment affirmed, with costs. WILLIAMS, J., dissents, on the ground that the undertaking was never executed by the person for whose benefit it was given, as required by its terms, and on the further ground that the plaintiff failed to check up the accounts monthly, as agreed to be done by the plaintiff.

GERAGHTY, Appellant, v. DALY et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by William F. Geraghty against James W. Daly and another. No opinion. Judgment unanimously affirmed, with costs.

In re GEUS. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Henrick Geus, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GILLENDER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Jessie Gillender against the City of New York. C. DeH. Brower, for appellant. T. Connoly, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 127 App. Div. 612, 111 N. Y. Supp. 1051. SCOTT, J., dissents.

GILLIS, Respondent, v. NEW YORK & N. S. TRACTION CO., Appellant. McGIRR v. SAME (two cases). (Supreme Court, Appellate Division, First Department. June 3, 1910.) Actions by Margaret Gillis, by Patrick McGirr and by Catherine McGirr against the New York & North Shore Traction Company. J. A. MacElhinney, for appellant. C. Steckler, for respondent. No opinions. Judgments affirmed, with costs. Orders filed.

GOLDBLUM, Respondent, v. MAYOR, LANE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Joseph Goldblum against Mayor, Lane & Co. PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on account of confusing and inconsistent rulings with regard to plaintiff's suffering from pleurisy. If plaintiff desires to recover for pleurisy, he should ask to amend his complaint.

GOLDBLUM et al., Respondents, v. MAYOR, LANE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Jacob Goldblum and another against Mayor, Lane & Co. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GOLDSTEIN v. LOEW. (Supreme Court, Appellate Division, First Department. April

29, 1910.) Action by Jennie Goldstein against E. Victor Loew, Jr., as administrator. No opinion. Motion denied, with $10 costs. Order filed.

GORDON, Respondent, v. ZANCIG, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Steve A. Gordon against Julius Zancig. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GORMLY, Respondent, v. GORMLY, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by Alice A. Gormly against Harry H. Gormly. H. N. Holde, for appellant. I. E. Ziegler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOULD et al., Respondents, v. VILLAGE OF SENECA FALLS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Norman J. Gould and others against the Village of Seneca Falls and others. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 121 N. Y. Supp. 723.

GRANT et al., Respondents, v. CANANEA CONSOL. COPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by James A. Grant and others against the Cananea Consolidated Copper Company, impleaded with others. F. W. M. Cutcheon, for appellant. W. B. Raymond, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 113 N. Y. Supp. 502; also, infra.

GRANT et al. v. CANANEA CONSOL. COPPER CO. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by James A. Grant and others against the Cananea Consolidated Copper Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

GRANT, Appellant, v. FOWLER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Schuyler Grant against George V. Fowler and others. No opinion. Order affirmed, with $10 costs and disbursements.

GRAY v. HOADLEY. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Gerald H. Gray, as receiver, against Joseph H. Hoadley. No opinion. Motion granted. Order filed.

GREVE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by William M. Greve against the City of New York. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

GRIFFIN, Respondent, v. FOSTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Samuel C. Griffin against John M. Foster and another. No opinion. Judgment and order affirmed, with costs.

GRIOT v. HYMAN et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by George Griot against Samuel F. Hyman, impleaded, etc. No opinion. Motion denied, with $10 costs. Order filed.

GRIOT, Appellant, v. HYMAN, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by George Griot against Samuel F. Hyman, impleaded, etc. G. M. Congdon, for appellant. Jacob E. Salomon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRISSLER, Respondent, v. CARL, Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by Henry G. Grissler against John H. Carl. E. Miehling, for appellant. M. Sulzberger, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GUILFOYLE v. PIERCE. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by James F. Guilfoyle against Catherine E. Pierce. No opinion. Motion denied, with $10 costs. Order filed.

GUINAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by John J. Guinan against the City of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

GURNEY, Respondent, v. VILLAGE OF EARLVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Stephen P. Gurney against the Village of Earlville. No opinion. Order unanimously affirmed, with costs.

In re HACKMAN. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Henry Hackman. No opinion. Motion granted. Order filed.

HAGAN, Respondent, v. BIPPART et al., Appellants. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by James W. Hagan against Achille Bippart and others. C. A. Jayne, for appellants. H. J. McCormick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HALL, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by George R. Hall against Frances M. W. Hall. I. T. Flatto, for appellant. W. C. Margeson, for re-